UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2022 OCT -4 PM 12:11
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-192 |
| Plaintiff, | JUDGE Watson |
| vs. | INDICTMENT |
| TIMOTHY J. HOEPF | 18 U.S.C. §§ 115(a)(1)(B) and (b)(4) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**Threats Against a Federal Officer**

1. On or about September 11, 2019, in the Southern District of Ohio, Eastern Division, the Defendant, **TIMOTHY J. HOEPF**, did threaten to assault T.K., a federal officer employed as an Administrative Law Judge with the Social Security Administration, with the intent to impede, intimidate, and interfere with him while he was engaged in and on account of the performance of official duties, and with the intent to retaliate against T.K. on account of the performance of his official duties.

In violation of 18 U.S.C. §§ 115(a)(1)(B) and (b)(4).

**COUNT 2**
**Threats Against a Federal Officer**

2. On or about October 29, 2019, in the Southern District of Ohio, Eastern Division, the Defendant, **TIMOTHY J. HOEPF**, did threaten to assault E.R., a federal officer employed as a Protective Security Officer at the Social Security Administration, with the intent to impede, intimidate, and interfere with him while he was engaged in and on account of the performance of

official duties, and with the intent to retaliate against E.R. on account of the performance of his official duties.

      In violation of 18 U.S.C. §§ 115(a)(1)(B) and (b)(4).

A TRUE BILL

s/ Grand Jury Foreperson
FOREPERSON

KENNETH L. PARKER
UNITED STATES ATTORNEY

s/ Brenda S. Shoemaker
BRENDA S. SHOEMAKER, (0041411)
Assistant United States Attorney